# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:07-cr-00076-KOB-JEO |
| ) | |
| EVERETT LEWIS BURTON ) | |

## **MEMORANDUM OPINION**

This matter is before the court on the defendant's motion to suppress the physical evidence against him that was seized as the result of a purportedly illegal search. (Doc. 18). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to suppress is due to be denied. An appropriate order will be entered.

**DONE**, this 18th day of September, 2007.

_Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE